MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Darryl Dominic Woodford

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

FCI Milan

CO Tische

CO Rising

CO Frazier

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case: 4:23-cv-13284
Assigned To : Kumar, Shalina D.
Referral Judge: Grand, David R.
Assign. Date : 12/27/2023
Description: PR WOODFORD V. FCI MILAN ET AL (DJ)

*(to be filled in by the Clerk's Office)*

Jury Trial:     ☐ Yes     ☐ No
*(check one)*

## Complaint for Violation of Civil Rights
## (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

**In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.**

POOR QUALITY ORIGINAL

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name _Darryl Dominic Woodford_

All other names by which you have been known:

ID Number _#195521_

Current Institution _GENESEE COUNTY JAIL_

Address _1002 S. Saginaw St._
_Flint, MI 48502_

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name _FCI Milan_

Job or Title
(if known)

Shield Number

Employer

Address _P.O. Box 1000_
_Milan, MI 48160_

☐   Individual capacity        ☑   Official capacity

2

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

Defendant No. 2

    Name                    CO Tische

    Job or Title           Correctional Officer
    (if known)

    Shield Number       (unknown)

    Employer            FCI Milan

    Address             P.O. Box 1000
                        Milan, MI 48160

    ☑ Individual capacity      ☑ Official capacity

Defendant No. 3

    Name                    CO Rising

    Job or Title           Correction Officer
    (if known)

    Shield Number       (unknown)

    Employer            FCI Milan

    Address             P.O. Box 1000
                        Milan, MI 48160

    ☑ Individual capacity      ☑ Official capacity

Defendant No. 4

    Name                    CO Frazier

    Job or Title           Correctional Officer
    (if known)

    Shield Number       (unknown)

    Employer            FCI Milan

    Address             P.O. Box 1000
                        Milan, MI 48160

    ☑ Individual capacity      ☑ Official capacity

3

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

## II.      Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.      Are you bringing suit against *(check all that apply)*:

☐      Federal officials (a *Bivens* claim)

☑      State or local officials (a § 1983 claim)

B.      Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

- Cruel and Unusual Punishment, and a violation of protective custody.

C.      Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

4

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

- (FCI Milan) violated my protective custody rights by housing me with a non-protective custody inmate, placing me and my safety at risk, as for correctional officers, Tische, Rising, and Frazier, all 3 officers inflicted cruel and unusual punishment while i was in protective custody.

## III.     Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐      Pretrial detainee

☐      Civilly committed detainee

☐      Immigration detainee

☐      Convicted and sentenced state prisoner

☑      Convicted and sentenced federal prisoner

☐      Other *(explain)* _____

## IV.     Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

- where: FCI Milan
  P.O. Box 1000
  Milan, MI 48160
  (while being housed in the SHU on protective custody),
  on floor 3 west, cell 302.

- when: 09/24/23
  10/13/23
  10/20/23
  10/21/23

C.    What date and approximate time did the events giving rise to your claim(s) occur?

- The events of cruel and unusual punishment occured on 10/20/23 from 2pm until 8:30pm, and again on 10/21/23 from 2pm until 9:00pm.
- The event of violation of protective custody occured on 09/24/23, and again on 10/13/23 until 10/26/23.

6

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

D.     What are the facts underlying your claim(s)?  *(For example:  What happened to you?*
*Who did what?  Was anyone else involved?  Who else saw what happened?)*

— On May 14, 2023 i arrived at Milan FCI, on 09-21-23 i was attacked by 2 members of the 7 mile block (whom i was originally testifying against), i was placed on PC (protective custody) but taken to the SHU to be housed, i was automatically placed into a cell with a known gang member, who was not a PC member, on 10/13/23 i was placed with another known gang member, and violent troublemaker named Seydoo Ba, who was associated with the gang members who originally attacked me (Joseph Harris) and another member nicknamed (quan), i was forced to hide my identity out of fear for my safety, i would hide under my blankets when the officers would walk (Joseph Harris) past my cell, because i feared Joey would tell Seydoo Ba to attack me, this caused me alot of stress and unbearable anxiety, this happened everyday from 10/13/23 until 10/26/23, and on 10/20/23 CO Tische approached our cell and called Seydoo Ba "little mama", Seydoo Ba took offense and called CO Tische a "b*tch", at 2pm CO Tische and CO Rising returned to escort us both to the shower, while locked behind the shower bars, CO Tische and CO Rising began destroying our cell, throwing away our purchased commisary, taking our hygiene products, our matresses, our bibles, everything, CO Tische said "who's the b*tch now", then escorted us back to our empty room and said, "youll get your matress back tonight", we waited from 2pm until 8:30pm, during that time we ask CO Picarro to help, and she said "talk to Tische", when Lieutenant Corsi passed our cell we asked him to help, he said, "it's not my job to figure out what you did wrong", at 8:30pm CO Tische, CO Rising, and (CO Frazier) came to our cell, CO Tische told us "say sorry and you'll get your matresses back", before we could answer Tische added, "say it little mama", so we stayed silent, thats when CO Frazier pulled out his mace aimed it at us and said, "say it now or ill f*cking spray you", "f*ck around and find out!", thats when i screamed sorry, CO Frazier said, "now it's your turn", speaking to Seydoo Ba, Seydoo stayed silent, i said "he's sorry too", CO Frazier said, "gave us our matresses back, CO Picarro walked past and said, "see that wasnt that hard", the next day on 10/21/23, CO Tische and CO Rising began taunting Seydoo Ba, until seydoo said, "f*ck you", so once again at 2pm while locked in the shower they destroyed and took our matresses, except this time they also took our towels and clothes, leaving us dripping wet in only a thin pair of boxers, i stayed silent, Seydoo began saying, "give us our clothes and matresses back!", Thats when CO Tische and CO Rising looked at each other and said, "its a bit hot in here, dont you agree?", and opened all of the windows in freezing weather to punish us more, we sat, dripping wet, in our boxers, sitting on cold metal, waiting for our matresses and clothes, with no commisary or books, or hygiene products, from 2pm until 9pm, at 9pm they cuffed us, brought our matresses and clothes, threw them in the room and said, "you can figure out who's sh*t is who's", then they left. its safe to say my sanity is not the same after this, it contributed greatly to the PTSD i have now, i still have nightmares of being housed there, i wrote multiple grievances that i believe officers threw away, i wrote many letters secretly for fear of my safety, that i believe were never taken seriously, i feared my cellmate, i feared the guards, i feared the lieutenants who used thier power of authority for the wrong reasons, i feared FCI Milan, and to make matters worse, when i told Lieutenant Corsi that i was not safe, he said "so you think you deserve special treatment ??", then added, "your not gonna be my f*ckin problem", finally i wrote a letter and pysically handed it to the Warden, thats when i was transferred to Genesee County Jail on 10/26/23, they to this date 12-21-23 have not sent me my personal property (tablet, clothing, headphones, ect.) or my account funds (B314.25) which i had been saving, since my arrival on 05/14/23, i now fear out of retaliation it may be destroyed or end up suddenly "missing", for CO Frazier is also the property manager at FCI Milan. My mother has attempted to have the funds transferred, (because she doesnt earn much income), but still has not heard anything back.

7

—Darryl Dominic Woodfaul RJD (12-21-23)

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

## V.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

- minor bruising on my buttocks from the long duration of sitting on the metal bedframe inside our cell, i did not recieve medical treatment.

## VI.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

- I believe i should be compensated for violating protective custody regulations, that placed me in the same cell of an associate, of the gang members i am testifying against (the same members who injured me, force no me to be placed in protective custody) which knowingly placed my life and well being in danger, i also believe i should be compensated for the emotional and mental distress caused by the cruel and unusual punishment inflicted by the 3 named correctional officers, who disregarded my health and well being diliberately to punish me.

8

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑    Yes

☐    No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

- FCI Milan
  P.O. Box 1000
  Milan, MI 48160

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑    Yes

☐    No

☐    Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐    Yes

☐    No

☑    Do not know

If yes, which claim(s)?

9

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑  Yes

☐  No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐  Yes

☐  No

E.  If you did file a grievance:

1.  Where did you file the grievance?

    _ i filed it on several occasions while in the SHU
        via paper grievance.

2.  What did you claim in your grievance?

    - i claimed that i was not safe around my cellmate,
    because he was an associate of my attackers and the
        gang members i am testifying against, i claimed also
    that i told the Lieutenant that im not safe at FCI Milan
        at all, and that he, as well as other correctional
        officers, are forcing me to be in danger.
        (my last grievance was to the warden)

3.  What was the result, if any?

    - after 2 months and no response,
    i wrote the warden, and he had me transferred
        to Genesee County Jail, without my
            personal property, or account funds, ($314.09),
                which they still have not sent to me,
                    to this date.

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

- i also provided numerous letters stating my distress and how unsafe i felt in my cell, and at FCI as a whole, i told CO Goke, CO Picarro, CO Rousey, Lieutenant Corsi, Lieutenant Oslund, and Lieutenant Cursi, all who are employed at FCI Milan, each one did nothing to help, only when i wrote the warden (S. Rardin) did Lieutenant Oslund take notice, the cruel and unusual punishment and violating my protective custody rights was never addressed, they simply just transferred me to Genesee County Jail because i was unable to return to the unit where i was attacked by gang members.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

11

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐  Yes

☑  No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐  Yes

☑  No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s)  _____

Defendant(s)  _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.  Docket or index number

_____

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

4.     Name of Judge assigned to your case

_____

5.     Approximate date of filing lawsuit

_____

6.     Is the case still pending?

☐     Yes

☐     No

If no, give the approximate date of disposition.  _____

7.     What was the result of the case?  *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

C.     Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑     Yes

☐     No

D.     If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.     Parties to the previous lawsuit

Plaintiff(s)     ___Darryl Dominic Westford_____

Defendant(s)     ___Genesee County Jail, et al.,_____

2.     Court *(if federal court, name the district; if state court, name the county and State)*

United States District Court
Eastern District of Michigan

3.     Docket or index number

___4:23 -cv -13107-FKB-DRG_____

13

4. Name of Judge assigned to your case

_____Hon. F. Kay Behm_____

5. Approximate date of filing lawsuit

_____December 11, 2023_____

6. Is the case still pending?

☑ Yes

☐ No

If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

_____

_____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _December 21_____, 20_23_.

Signature of Plaintiff     _Darryl Woodford_____

Printed Name of Plaintiff   _Darryl Woodford_____

Prison Identification # _195521_____

Prison Address   _Genesee County Jail, 1002 S. Saginaw St._____

_____Flint_____MI_____48502_____
City                        State                  Zip Code

14

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

**Additional Information:**

-all of this was done at FCI Milan in the SHU on the 3rd floor in the WEST range, and all of it was done in front of the camera, also it should be noted that the SHU did not run any AC or heat at the time of these events, so opening the windows in late October was like adding AC to an already freezing enviroment, then add no towel to dry off from the shower, and only a pair of thin boxers to stay warm, this event was cruel in its entirety, from start to finish. i hope i never have to go through something like this ever again, it has caused me so much emotional damage, for it occured at an already stressful time in my life.

15

DARRYL WOODFORD #195521
GENESEE COUNTY JAIL
1002 S. Saginaw St.
FLINT, MI 48502

22 DEC 2023 PM 4

METROPLEX MI 480

US DISTRICT COURT
231 LAFAYETTE BLVD.
DETROIT, MI 48226

© USPS 2022

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131



FOREVER / USA

DARRYL WOODFORD #195521
GENESEE COUNTY JAIL
1002 S. Saginaw St.
FLINT, MI 48502



FOREVER / USA

US DISTRICT COURT
231 LAFAYETTE BLVD.
DETROIT, MI 48226

© USPS 2022

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT



FSC
MIX
Envelope
FSC® C137131