UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRYL DOMINIC WOODFORD,

        Plaintiff,          Case No. 2:23-cv-13284

v.          Honorable Susan K. DeClercq
         United States District Judge

FCI MILAN et al.,
         Honorable David R. Grand
        Defendants.          United States Magistrate Judge
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 29), GRANTING DEFENDANTS' MOTION TO DISMISS (ECF No. 18), AND DISMISSING PLAINTIFF'S COMPLAINT (ECF No. 1)**

On December 16, 2024, Magistrate Judge David R. Grand issued a report. ECF No. 29, recommending that this Court grant Defendants' Motion to Dismiss, ECF No. 18. Judge Grand provided 14 days to object, but the parties did not do so. They have therefore forfeited their right to appeal Judge Grand's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Moreover, there is no prejudicial clear error in the report.

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 29, is **ADOPTED**.

Further, it is **ORDERED** that Defendants' Motion to Dismiss, ECF No. 18, is **GRANTED**.

- 2 -

Further, it is **ORDERED** that Plaintiff's Complaint, ECF No. 1, is **DISMISSED**.

**This is a final order and closes the above-captioned case.**

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: January 14, 2025